**DISMISSED; Opinion Filed December 21, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01141-CV

## IN THE INTEREST OF L.M.M., L.R.M. AND A.A.M, CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00113-W**

## MEMORANDUM OPINION

Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Stoddart

This is an appeal in a parental termination case. In the notice of appeal, Father generally complains about the removal process and actions by certain individuals. No final judgment has been signed, nor has a final trial been held.

Because appeals may generally be taken only from final judgments, we questioned our jurisdiction over the appeal and directed Father to file a letter brief addressing our concern. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). More than ten days have passed and, although we cautioned Father that failure to file the requested letter brief could result in dismissal of the appeal, Father has not responded. *See* TEX. R. APP. P. 42.3(a), (c). Because no final judgment has been signed, we dismiss the appeal. *Id.* 42.3(a); *Lehmann*, 39 S.W.3d 195.

181141F.P05

/Craig Stoddart/
CRAIG STODDART
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF L.M.M., L.R.M. AND A.A.M, CHILDREN

No. 05-18-01141-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas
Trial Court Cause No. JC-18-00113-W.
Opinion delivered by Justice Stoddart.
Justices Francis and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 21st day of December, 2018.